# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

December 2, 2019

VIA E-mail and ECF

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

Sentencing adjourned to 1/29/20 at 10 am.

SO ORDERED.

*[signature]*

CATHY SEIBEL, U.S.D.J.

12/2/19

Re:   United States v. Corderro Jones
      19 Cr. 498 (CS)

Dear Judge Seibel:

I am writing to respectfully request that Your Honor adjourn Mr. Jones's sentencing to either January 29, 2020 or January 30, 2020. When I called earlier today, I was told that both dates were available.

I am requesting this adjournment so that I may continue to gather documents relating to Mr. Jones's sentencing. This is my first time requesting an adjournment of Mr. Jones's sentencing, although I did previously ask that Your Honor adjourn a status conference.

I have spoken to AUSA Mathew Andrews and he does not object to this request and he is available on both requested dates.

Thank you for your consideration.

Respectfully Submitted,

*[signature]*

Benjamin Gold
Assistant Federal Defender

cc:   Mathew Andrews, A.U.S.A.
      Mr. Corderro Jones