# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

January 14, 2020

VIA E-mail and ECF

The Honorable Cathy Seibel
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

> Sentencing adjourned to 3/3/20 at 2:30 pm.  No further adjournments absent extraordinary circumstances.
>
> SO ORDERED.
>
> *Cathy Seibel*   1/14/20
> CATHY SEIBEL, U.S.D.J.

Re:  United States v. Corderro Jones
     19 Cr. 498 (CS)

Dear Honorable Seibel:

    I am writing to respectfully request that Your Honor adjourn Mr. Jones's sentencing to March 3, 2020 at 2:30pm.  I am requesting this adjournment because I am awaiting records regarding prior counseling and treatment that Mr. Jones received.  These documents were requested in November and will be useful for sentencing purposes under 18 USC § 3553(a)(1).

    I have spoken to AUSA Mathew Andrews and he does not object to this request and he is available on March 3, 2020 at 2:30pm.[1]

    This is my second time requesting an adjournment of Mr. Jones's sentencing.

    Thank you for your consideration.

Respectfully Submitted,

Benjamin Gold
Assistant Federal Defender

cc:  Mathew Andrews, A.U.S.A.
     Mr. Corderro Jones

---

[1] When we called Your Honor's chambers earlier today, we were told that this date and time worked for the Court.