UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                            Government,                      **ORDER**

            -against-                                    19CR00498 (CS)

Corderro Jones
Reg. No. 86801-054,
                          Defendant(s).
-------------------------------------------------------------X

For the reasons stated on the record on April 15, 2024, (and with the consent of Mr. Jones,) the terms of the Defendant's supervised release conditions are modified to include three (3) months placement in a Residential Reentry Center.  All other terms and conditions of Defendant's sentence imposed on March 3, 2020 remain in effect.

Dated: New York, New York
       April 18, 2024

_____
**Signature of Judicial Officer**